Certificate Number: <u>02998-NCW-DE-022298471</u>

Bankruptcy Case Number: <u>21-30571</u>

# Certificate of Debtor Education

I CERTIFY that on 10/23/2021, at 2:58 pm Eastern Time, <u>Donn S. Terry</u> completed a course on personal financial management given by internet by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the western district of North Carolina.

By:    s/Angela Zinnerman

Title:    <u>Certified Credit Counselor</u>

Date:    10/25/2021

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, development through the credit counseling agency. See 11 U.S.C. §§ 109 (h) and 521 (b).